IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
) Chapter 11
MILLCREEK BROADCASTING, L.L.C., et al., )
) Case Nos. 07-3121
Debtors. ) (Jointly Administered)
) Hon. Jacqueline P. Cox

ORDER GRANTING FINAL APPLICATION OF
JENNER & BLOCK LLP FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE CREDITORS'
COMMITTEE OF MILLCREEK BROADCASTING LLC, ET AL.

THIS MATTER COMING TO BE HEARD on the Final Application Of Jenner & Block LLP For Allowance of Compensation and Reimbursement of Expenses as Counsel to the Creditors' Committee of Millcreek Broadcasting LLC, et al. (the "Application"); the Court having reviewed the Application; the Court having jurisdiction over this core proceeding; due and adequate notice having been given; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Application is GRANTED, on a final basis. The Court's two prior interim fee orders (Doc. 416 and 562) are hereby approved on a final basis. For the time period of May 29, 2007 through October 31, 2009, Jenner & Block LLP is hereby awarded $71,396.50 in final compensation and $2,749.35 in expenses.

2. For the period of November 1, 2009 through the present, Jenner & Block LLP is hereby allowed additional final compensation in the sum of $14,964.00 for necessary professional services rendered and $344.18 for expenses incurred.

3. The Debtors are hereby authorized and directed to pay the amounts allowed less all interim payments made to date.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: Chicago, Illinois
       September 21, 2010

                                                  J. Cox  /s/ Jacqueline P. Cox
                                                  UNITED STATES BANKRUPTCY JUDGE