UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07-03121 through |
| | ) | 07-03123 and 07-03125 |
| | ) | |
| MILLCREEK BROADCASTING, L.L.C., | ) | Chapter 11 |
| et al.,[1] | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

ORDER WITH RESPECT TO SECOND AND FINAL FEE APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AS COUNSEL TO THE DEBTORS, SEEKING (I) INTERIM ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF CHARGES AND DISBURSEMENTS INCURRED AS COUNSEL TO THE DEBTORS FOR THE INTERIM PERIOD OF SEPTEMBER 1, 2008 THROUGH NOVEMBER 30, 2010, AND (II) FINAL APPROVAL OF THE PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF CHARGES FOR THE PERIOD OF MAY 15, 2007 THROUGH NOVEMBER 30, 2010

This matter having come before the Court upon the final fee application (the "Final Fee Application") of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") as counsel to the Debtors,[2] for an order pursuant to 11 U.S.C. §§ 330 and 331 seeking (i) interim allowance and payment for services rendered and reimbursement of charges and disbursements incurred for the period from September 1, 2008 through and including November 30, 2010 (the "Final Interim Application Period"), in the amount of $243,614 in fees and $8,193 in charges and disbursements, and (ii) final allowance and payment for services rendered and reimbursement of

---

[1] The Debtors consist of: Millcreek Broadcasting, L.L.C. (EIN: 36-4265091); 3 Point Media – Delta, L.L.C. (EIN: 61-1421503); 3 Point Media – Franklin, L.L.C. (EIN: 36-4499087) and 3 Point Media – Utah, L.L.C. (EIN: 36-4470799).

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Final Fee Application.

charges and disbursements incurred during the entirety of these Chapter 11 Cases, from May 15, 2007 through November 30, 2010 (the "Case Period"), in the amount of $1,110,609 in fees and $23,368 in charges and disbursements; and the Court having determined that that proper and adequate notice of the Final Fee Application has been given and that no other or further notice is necessary; and no objections to the Final Fee Application or the requested compensation of fees and reimbursement of expenses therein having been filed, and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Final Fee Application is approved on a final basis as set forth in this Order.

2. Skadden hereby is awarded and allowed on an interim basis (a) attorneys fees in the amount of $243,614 for its representation of the Debtors during the Final Interim Application Period and (b) charges and disbursements in the amount of $8,193 incurred by Skadden in rendering the required professional services on behalf of the Debtors during the Final Interim Application Period.

3. Skadden hereby is awarded and allowed on final basis (and on an interim basis with respect to (c) below) (a) attorneys fees in the amount of $1,110,609 for its representation of the Debtors during the Case Period; (b) charges and disbursements in the amount of $23,368 incurred by Skadden in rendering the required professional services on behalf of the Debtors during the Case Period; and (c) the Additional Fees and Expenses not to exceed $35,000.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: January 18, 2011
Chicago, Illinois

_Jacqueline P. Cox_
J. Cox
United States Bankruptcy Judge