| Name | ClaimAmount | DateFiled | ClaimNumber | ScheduleAmt | Schedule | Nature | DebtorName | C | U | D | SSN/Tax ID | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 Point Media Coalville LLC | | | | $4,768.93 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| 3 Point Media Delta LCC | | | | $2,617.33 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| 3 Point Media Salt Lake City LLC | | | | $336,111.69 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| 3 Point Media Salt Lake City LLC | | | | $73,486.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Air Wave Tower Co | | | | $5,400.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| All Star Catering | | | | $429.51 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Alta Communications | | | | $0.00 | D | Secured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Alta Communications | | | | $36,420,367.00 | D | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Alta Communications VII LP | $36,596,252.00 | 10/16/2007 | 4 | | | Secured | Millcreek Broadcasting, L.L.C. | | | | | |
| Alta VII Associates LLC | $19,502.00 | 10/16/2007 | 5 | | | Secured | Millcreek Broadcasting, L.L.C. | | | | | |
| Arbitron | | | | $26,135.10 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Arbitron Inc | | | | $132,288.08 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Arbitron Inc | $216,662.57 | 10/16/2007 | 38 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | 14298 |
| Arbitron Inc | $216,662.57 | 02/26/2009 | 42 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | 14298 |
| Ascap | $67,928.90 | 10/26/2007 | 37 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | |
| Ascap | | | | $15,846.45 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Ascap | | | | $13,894.33 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| BMI Radio | | | | $1,198.00 | F | General Unsecured | 3 Point Media Delta, L.L.C. | | U | | | |
| BMI Radio | | | | $3,698.02 | F | General Unsecured | 3 Point Media Utah, L.L.C. | | U | | | |
| Bonneville International Corp | | | | $3,450.00 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Bonneville International Corp | | | | $2,070.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| BPIP Utah LLC | | | | $0.00 | D | Secured | Millcreek Broadcasting, L.L.C. | | U | | | |
| BPIP Utah LLC | | | | $3,919,981.00 | D | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Broadcast Music Inc | | | | $32,428.18 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Broadcast Music Inc | | | | $0.00 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | C | U | D | | |
| Broadcast Music Inc | $24,746.37 | 01/22/2010 | 43 | | | Admin Priority | Millcreek Broadcasting, L.L.C. | | | | | 5978 |
| Broadcast Music Inc BMI | | | | $8,373.54 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| City Of Bountiful | | | | $703.44 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Corporation Service Company | | | | $528.00 | E | Priority | 3 Point Media Franklin, L.L.C. | | U | | | |
| Corporation Service Company | | | | $528.00 | E | Priority | 3 Point Media Utah, L.L.C. | | U | | | |
| D & B Towers | | | | $4,615.89 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| D & B Towers | | | | $128,512.65 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| D&B Towers | | | | $81,881.30 | F | General Unsecured | 3 Point Media Utah, L.L.C. | | U | | | |
| D&B Towers LLC | UNLIQUIDATED | 10/18/2007 | 17 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | |
| Danny Marz | $10,000.00 | 10/17/2007 | 11 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | |
| Danny Marz | | | | $0.00 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | C | U | D | | |
| DB Zwirn Special Opportunities Fund LP as Agent | UNLIQUIDATED | 10/19/2007 | 28 | | | Priority | 3 Point Media Utah, L.L.C. | | | | | |
| DB Zwirn Special Opportunities Fund LP as Agent | UNLIQUIDATED | 10/19/2007 | 29 | | | Secured | 3 Point Media Utah, L.L.C. | | | | | |
| DB Zwirn Special Opportunities Fund LP as Agent | UNLIQUIDATED | 10/19/2007 | 31 | | | Secured | Millcreek Broadcasting, L.L.C. | | | | | |
| DB Zwirn Special Opportunities Fund LP as Agent | UNLIQUIDATED | 10/19/2007 | 32 | | | Secured | 3 Point Media Delta, L.L.C. | | | | | |
| DB Zwirn Special Opportunities Fund LP as Agent | UNLIQUIDATED | 10/19/2007 | 33 | | | Priority | Millcreek Broadcasting, L.L.C. | | | | | |
| DB Zwirn Special Opportunities Fund LP as Agent | UNLIQUIDATED | 10/19/2007 | 34 | | | Priority | 3 Point Media Delta, L.L.C. | | | | | |
| DB Zwirn Special Opportunities Fund LP as Agent | UNLIQUIDATED | 10/19/2007 | 35 | | | Priority | 3 Point Media Franklin, L.L.C. | | | | | |
| DB Zwirn Special Opportunities Fund LP as Agent | UNLIQUIDATED | 10/19/2007 | 36 | | | Secured | 3 Point Media Franklin, L.L.C. | | | | | |
| DB Zwirn Special Opportunities Fund LP as Agent | | | | $105,597,205.65 | D | Secured | 3 Point Media Delta, L.L.C. | | U | | | |
| DB Zwirn Special Opportunities Fund LP as Agent | | | | $105,597,205.65 | D | Secured | Millcreek Broadcasting, L.L.C. | | U | | | |
| DB Zwirn Special Opportunities Fund LP as Agent | | | | $105,597,205.65 | D | Secured | 3 Point Media Franklin, L.L.C. | | U | | | |
| DB Zwirn Special Opportunities Fund LP as Agent | | | | $105,597,205.65 | D | Secured | 3 Point Media Utah, L.L.C. | C | U | | | |
| De Lage Landen Financial Services Inc | $6,294.04 | 10/09/2007 | 2 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | |
| Delage Landen Financial Svc | | | | $230.26 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Dell | | | | $449.68 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Dow Lohnes & Albertson | | | | $2,218.12 | F | General Unsecured | 3 Point Media Delta, L.L.C. | | U | | | |
| Dow Lohnes & Albertson | | | | $22,009.18 | F | General Unsecured | 3 Point Media Franklin, L.L.C. | | U | | | |
| Dow Lohnes & Albertson | | | | $7,866.50 | F | General Unsecured | 3 Point Media Utah, L.L.C. | | U | | | |

| Name | ClaimAmount | DateFiled | ClaimNumber | ScheduleAmt | Schedule | Nature | DebtorName | C | U | D | SSN/Tax ID | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dow Lohnes Albertson | | | | $1,240.73 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Edison Media Research | | | | $36,000.00 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Edison Media Research | | | | $0.00 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | C | U | D | | |
| Edison Media Research | $36,000.00 | 10/09/2007 | 3 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | |
| Edwards Gracie Voice | | | | $600.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Fedex | | | | $52.99 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Firstcomm | | | | $400.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Frandsen Kent | | | | $569,167.12 | F | General Unsecured | 3 Point Media Franklin, L.L.C. | | U | | | |
| GLOBAL TOWER LLC | $89,223.32 | 06/30/2008 | 41 | | | Priority | Millcreek Broadcasting, L.L.C. | | | | | UT-5003 |
| Global Tower Partners | | | | $13,692.53 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Goodwin Procter & Hoar LLP | | | | $6,091.13 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Greenberg Traurig | | | | $47,836.25 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Greenberg Traurig LLP | | | | $70.00 | F | General Unsecured | 3 Point Media Franklin, L.L.C. | | U | | | |
| Harris Corporation | $53,018.12 | 10/02/2007 | 1 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | 4500253 |
| Harris Corporation Broadcast Systems Division | | | | $14,935.49 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Hipcricket Inc | | | | $3,000.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Hochfelder & Weber PC | | | | $5,180.00 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Hochfelder & Weber PC | | | | $3,975.00 | F | General Unsecured | 3 Point Media Delta, L.L.C. | | U | | | |
| Hochfelder & Weber PC | | | | $3,975.00 | F | General Unsecured | 3 Point Media Utah, L.L.C. | | U | | | |
| Hochfelder & Weber PC | | | | $4,445.00 | F | General Unsecured | 3 Point Media Franklin, L.L.C. | | U | | | |
| Hochfelder & Weber PC | $2,300.00 | 10/18/2007 | 23 | | | General Unsecured | 3 Point Media Franklin, L.L.C. | | | | | 89256 |
| Hochfelder & Weber PC | $2,300.00 | 10/18/2007 | 24 | | | General Unsecured | 3 Point Media Delta, L.L.C. | | | | | 89259 |
| Hochfelder & Weber PC | $44,560.00 | 10/18/2007 | 20 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | 22840 |
| Hochfelder & Weber PC | $2,300.00 | 10/18/2007 | 21 | | | General Unsecured | 3 Point Media Utah, L.L.C. | | | | | 89260 |
| Hoechfelder & Weber Pc | | | | $8,600.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Interep National Radio Sales | | | | $758.76 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Interep National Radio Sales | | | | $9,520.08 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Ira Sachs Company | | | | $600.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| KKAT | | | | $5,000.13 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| KSL | | | | $1,000.10 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Lakeshore Media | | | | $0.00 | F | General Unsecured | 3 Point Media Delta, L.L.C. | C | U | | | |
| Lakeshore Media | | | | $0.00 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | C | U | | | |
| Lakeshore Media | | | | $0.00 | F | General Unsecured | 3 Point Media Franklin, L.L.C. | C | U | | | |
| Lakeshore Media | | | | $0.00 | F | General Unsecured | 3 Point Media Utah, L.L.C. | C | U | | | |
| Lewis Peak Communications | | | | $650.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Midwest Tower Partners | | | | $35,704.15 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Millcreek Broadcasting | | | | $38,343.96 | F | General Unsecured | 3 Point Media Utah, L.L.C. | | U | | | |
| Millcreek Broadcasting | | | | $310.13 | F | General Unsecured | 3 Point Media Franklin, L.L.C. | | U | | | |
| Miller Kaplan Arase & Co | | | | $510.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Monroe Partners | | | | $0.00 | D | Secured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Monroe Partners | | | | $4,639,993.00 | D | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Monroe Partners IX LP | $3,357,649.00 | 10/17/2007 | 6 | | | Secured | Millcreek Broadcasting, L.L.C. | | | | | |
| Mortgage Payable | | | | $325,162.00 | D | Secured | Millcreek Broadcasting, L.L.C. | | U | | | |
| National Registered Agents | | | | $150.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Norco Inc | | | | $8.98 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| PillsburyWinthropShawPittma | | | | $1,870.55 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Quantum Advertising  Design | | | | $569.11 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Quantum Advertising  Design | $117,223.36 | 10/18/2007 | 19 | | | Secured | Millcreek Broadcasting, L.L.C. | | | | | |
| QUESTAR GAS COMPANY | $908.18 | 05/31/2007 | 39 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | 7606971703 and 4068450000 |
| Questar Infocomm Inc | | | | $1,082.29 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Qwest | | | | $86.63 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Qwest | | | | $144.27 | E | Priority | 3 Point Media Utah, L.L.C. | | U | | | |
| QWEST CORPORATION | $4,269.14 | 12/21/2007 | 40 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | |
| Radio Advertising Bureau | | | | $730.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |

| Name | ClaimAmount | DateFiled | ClaimNumber | ScheduleAmt | Schedule | Nature | DebtorName | C | U | D | SSN/Tax ID | Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roberts Broadcasting Co | | | | $7,697.14 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Roberts Broadcasting Company of Utah Inc | | | | $29,101.06 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Roberts Broadcasting Company of Utah Inc | | | | $0.00 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | C | U | D | | |
| Roberts Broadcating Holdings of Utah LLC | UNLIQUIDATED | 10/17/2007 | 7 | | | Priority | Millcreek Broadcasting, L.L.C. | | | | | |
| Roberts Broadcating Holdings of Utah LLC | UNLIQUIDATED | 10/17/2007 | 7 | | | Admin Priority | Millcreek Broadcasting, L.L.C. | | | | | |
| Roberts Broadcating Holdings of Utah LLC | UNLIQUIDATED | 10/17/2007 | 8 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | KUDE |
| Roberts Broadcating Holdings of Utah LLC | UNLIQUIDATED | 10/17/2007 | 9 | | | Admin Priority | Millcreek Broadcasting, L.L.C. | | | | | KNJQ |
| Roberts Broadcating Holdings of Utah LLC | UNLIQUIDATED | 10/17/2007 | 9 | | | Priority | Millcreek Broadcasting, L.L.C. | | | | | KNJQ |
| Roberts Broadcating Holdings of Utah LLC | UNLIQUIDATED | 10/17/2007 | 10 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | KNJQ |
| Salt Lake Chamber | | | | $375.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Scott A Lyon Susan Harrington & Tom L Lyon | $320,517.57 | 10/19/2007 | 27 | | | Secured | Millcreek Broadcasting, L.L.C. | | | | | |
| Shainis & Peltzman | | | | $80.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Shainis & Peltzman Chartered | $2,904.62 | 10/18/2007 | 22 | | | General Unsecured | 3 Point Media Utah, L.L.C. | | | | | |
| Shainis & Peltzman Chartered | $350.62 | 10/18/2007 | 25 | | | General Unsecured | 3 Point Media Delta, L.L.C. | | | | | |
| Shainis & Peltzman Chartered | $180,907.70 | 10/18/2007 | 12 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | |
| Shainis & Peltzman Chartered | $48,963.77 | 10/18/2007 | 13 | | | General Unsecured | 3 Point Media Franklin, L.L.C. | | | | | |
| Shanis & Peltzman Chartered | | | | $48,963.77 | F | General Unsecured | 3 Point Media Franklin, L.L.C. | | U | | | |
| Shanis & Peltzman Chartered | | | | $6,902.69 | F | General Unsecured | 3 Point Media Utah, L.L.C. | | U | | | |
| Shanis & Peltzman Chartered | | | | $350.62 | F | General Unsecured | 3 Point Media Delta, L.L.C. | | U | | | |
| Shanis & Pletzman Chartered | | | | $152,603.50 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Simmons Media Group | | | | $2,442,123.22 | F | General Unsecured | 3 Point Media Utah, L.L.C. | | U | | | |
| Simmons Media Group LLC | UNLIQUIDATED | 10/18/2007 | 16 | | | Secured | 3 Point Media Utah, L.L.C. | | | | | |
| Simmons Media Group LLC | UNLIQUIDATED | 10/18/2007 | 16 | | | General Unsecured | 3 Point Media Utah, L.L.C. | | | | | |
| Simmons SLC LLC | UNLIQUIDATED | 10/18/2007 | 18 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | December 1 ,2004 |
| Simmons SLC LLC | UNLIQUIDATED | 10/18/2007 | 14 | | | General Unsecured | 3 Point Media Franklin, L.L.C. | | | | | |
| Simmons SLC LLC | UNLIQUIDATED | 10/18/2007 | 15 | | | General Unsecured | 3 Point Media Utah, L.L.C. | | | | | |
| South Temple Holding LLC | UNLIQUIDATED | 10/19/2007 | 26 | | | Secured | Millcreek Broadcasting, L.L.C. | | | | | |
| South Temple Holding LLC | UNLIQUIDATED | 10/19/2007 | 26 | | | General Unsecured | Millcreek Broadcasting, L.L.C. | | | | | |
| South Temple Holding LLC | $9,473.41 | 10/19/2007 | 30 | | | Priority | Millcreek Broadcasting, L.L.C. | | | | | |
| South Temple Holding LLC | | | | $0.00 | F | General Unsecured | Millcreek Broadcasting, L.L.C. | C | U | D | | |
| South Temple Holding LLC | | | | $24,757.85 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Star Media Group | | | | $0.00 | D | Secured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Star Media Group | | | | $904,016.00 | D | General Unsecured | Millcreek Broadcasting, L.L.C. | | U | | | |
| Superior Soft Water | | | | $122.13 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Tlm Communications | | | | $100.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Utah Broadcasters | | | | $700.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Utah Communications Agency | | | | $816.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Verizon Wireless | | | | $324.35 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Wicks Broadcast Solutions | | | | $817.00 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Wiley Rein LLP | | | | $7,385.24 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |
| Wiley Rein LLP | | | | $3,692.62 | E | Priority | 3 Point Media Delta, L.L.C. | | U | | | |
| William Morris Agency | | | | $1,464.10 | E | Priority | Millcreek Broadcasting, L.L.C. | | U | | | |